Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:11-cr-00002 |
| v. | ) | |
| | ) | The Honorable Aleta Trauger |
| SPIKE WILLIAM HEDGECOTH, et. al, | ) | District Court Judge |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Jerry E. Martin, United States Attorney, and Alex Little, Assistant United States Attorney, hereby moves this Court to unseal the name of defendant six, Kyle Anthony Leavens, in the indictment. If this motion is granted, the indictment will be unsealed in its entirety.

In support thereof, the United States submits that factors that led it to ask that the indictment be sealed are no longer present.

Wherefore, the United States respectfully requests this Court enter an Order unsealing the indictment in this case.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

*/s/ J. Alex Little*
By: _____
J. Alex Little
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151