IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-cr-00002-6 |
| | ) | Judge Trauger |
| KYLE ANTHONY LEAVENS | ) | |
| | ) | |

**O R D E R**

Attached to this Order is an email received from the Probation Officer in Florida who is supervising this defendant. The court requested that the Probation Office in this District seek the opinion of Mr. Leavens's Supervising Probation Officer. The Probation Officer does not object to the plaintiff's pro se Motion to Terminate Supervised Release (Docket No. 2037).

It is hereby ORDERED that, if the government objects to the early termination of this defendant's supervised release, it shall file a response to the defendant's motion by March 22, 2017, setting forth its reasons for the objection. If nothing is filed by the government by that date, the court will grant the defendant's motion.

The Clerk shall send a copy of this Order to the defendant at his home address in Orange City, Florida.

It is so **ORDERED.**

Enter this 7th day of March 2017.

_____
ALETA A. TRAUGER
United States District Judge